**Order entered May 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00373-CV

## IN THE INTEREST OF E.L.C., C.R.C., AND G.E.C., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0465**

### ORDER

This is an appeal in a parental termination case. Both Mother and Father appealed. Each filed a separate brief on different dates. Before the Court is appellee Texas Department of Family and Protective Services April 30, 2020 motion for leave to file a single response brief by May 18, 2020.

We **GRANT** the motion and **ORDER** the Department's response brief to Mother and Father's briefs be filed no later than May 18, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE